| | |
|---|---|
| 1 | Todd M. Friedman (SBN 216752) |
| 2 | Adrian R. Bacon (SBN 280332) |
| 3 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | 21550 Oxnard St. Suite 780, |
| 4 | Woodland Hills, CA 91367 |
| 5 | Phone: 877-206-4741 |
| | Fax: 866-633-0228 |
| 6 | tfriedman@toddflaw.com |
| 7 |  abacon@ toddflaw.com |
| | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | 2:19-cv-09600-VAP-SS |
| vs. | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| TUCKER, ALBIN AND ASSOCIATES, INC.; DOES 1 through 10, inclusive, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** March 30, 2020         **Law Offices of Todd M. Friedman, P.C.**

                                  By: s/ Adrian R. Bacon
                                      Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on March 30, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on March 30, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


s/Adrian R. Bacon
   Adrian R. Bacon