JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TERRY FABRICANT., <br><br> Petitioner, <br><br> v. <br><br> TUCKER, ALBIN AND ASSOCIATIES, INC., <br><br> Respondents. | Case No. CV 19-09600-VAP (SSx) <br><br> **ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has settled,

   IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

   THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 31, 2020

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge

1